UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:18-CR-137-KAC-DCP-2 |
| JONI AMBER JOHNSON, | ) |
| Defendant. | ) |

## ORDER DENYING MOTION TO DEFER FRP PAYMENTS

Before the Court is Defendant's pro se Motion to "defer[]" her "FRP" payments [Doc. 134]. On January 28, 2020, the Court sentenced Defendant to 300 months' imprisonment followed by a five-year (5-year) term of supervised release [Doc. 101 at 2-3]. The Court also ordered Defendant to pay $8,517.50 in restitution "from any wages [she] may earn in prison in accordance with the Bureau of Prisons' Inmate Financial Responsibility Program" ("FRP") [*Id.* at 6-7]. Defendant now moves the Court to delay the repayment of her restitution under the FRP until she is released from imprisonment. But she has not identified a legal basis for the requested relief [*See* Doc. 134 at 1-2].

"[T]here is a complete absence of any constitutional, statutory, or decisional authority for the proposition that a federal district court has the subject matter jurisdiction to micromanage the . . . [Inmate Financial Responsibility Program] for the Bureau of Prisons." *United States v. Callan*, 96 F. App'x 299, 300 (6th Cir. 2004) (affirming denial of motion to relieve participation in FRP payments). With no identifiable legal basis for the Court to modify the payments that the Bureau of Prisons has directed Defendant to pay, the Court cannot grant Defendant relief. Accordingly, the Court **DENIES** Defendant's pro se Motion to "defer" her "FRP" payments [Doc. 134].

IT IS SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge